UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                         )
                                               )
    MYUNG HEE KANG                     )    Case No. 10-13661-SSM
    NAM JOONG KANG                     )    Chapter 11
                                               )
        Debtors                        )

## ORDER DENYING APPLICATION TO EMPLOY

Upon consideration of the objection of W. Clarkson McDow, Jr., United States Trustee, Region Four, to the application to employ Dae C. Kim as accountant to the debtors in possession, and for the reasons stated on the record at a hearing held on October 5, 2010, it is

**ORDERED:**

1. The application to employ is denied.

2. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____        _____
                                   Stephen S. Mitchell
Alexandria, Virginia               United States Bankruptcy Judge


Copies to:

Myung Hee Kang
Nam Joong Kang
5089 Hazel Ferguson Drive
Fairfax, VA  22030
Debtors

Christopher S. Moffitt, Esquire
218 North Lee Street, 3rd Floor
Alexandria, VA  22314-2631
Counsel for the debtors

Jack Frankel, Esquire
Attorney Advisor, United States Trustee
115 South Union St., Suite 210
Alexandria, VA  22314